1  Bruce L. Simon (96241)
   Esther L. Klisura (221171)
2  COTCHETT, PITRE, SIMON & McCARTHY
   San Francisco Airport Office Center
3  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
4  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
5  Email: bsimon@cpsmlaw.com
   [Additional Counsel listed on signature page]
6  *Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTELL TECHNOLOGIES, INC., on behalf of itself and all others similarly situated, | Case No. C06-06652 JL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT DEADLINES AND CONFERENCE** |
| vs. | |
| ALLIANCE SEMICONDUCTOR CORPORATION, et al., | |
| Defendants. | |

Plaintiff Westell Technologies, Inc.'s Ex Parte Motion for Continuance of Case Management Deadlines and Conference was filed with this Court on January 22, 2007. After consideration of the Motion, and good cause appearing therefor, IT IS HEREBY ORDERED:

That the Motion is GRANTED. The hearing date and the deadlines specified in the Order Setting Initial Case Management Conference and ADR Deadlines filed on October 25, 2006 are continued as follows:

1.  The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is April 4, 2007;

///

**[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT DEADLINES AND CONFERENCE**
Case No. C06-06652 JL

1

2. The last day to complete initial disclosures and file a case management statement is April 18, 2007; and

3. The initial case management conference is set for ~~April 25, 2007~~ at 10:30 a.m.
May 2, 2007

Dated: January 23, 2007



_____
Honorable Judge James Larson
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT DEADLINES AND CONFERENCE
Case No. C06-06652 JL

2